**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GUAN SMALL, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>WELCH FOODS INC., A COOPERATIVE,<br><br>      Defendant. | Case No. 1:24-cv-03547-MMG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

 Plaintiff Guan Small voluntarily dismisses his claims with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 9, 2024        Respectfully submitted,

               **BURSOR & FISHER, P.A.**

               By: */s/ Israel Rosenberg*
                  Israel Rosenberg

               Israel Rosenberg
               1330 Avenue of the Americas, 32nd Floor
               New York, New York 10019
               Telephone: (646) 837-7150
               Facsimile: (212) 989-9163
               E-Mail: irosenberg@bursor.com

               *Attorneys for Plaintiffs*